| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Herndon, David R | 2. Court or Organization<br><br>Southern District of Illinois | 3. Date of Report<br><br>04/23/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>750 Missouri Ave<br>East St. Louis, Illinois | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1, #2, #3, #4, #5 and #6 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 10: 45 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Edwardsville Premium checking account | A | Interest | J | T | | | | | |
| 2. Community Educ FCU 2 cash account | A | Interest | J | T | | | | | |
| 3. Bank of America regular checking account | | None | J | T | | | | | |
| 4. Bank of America regular checking account | | None | J | T | | | | | |
| 5. IRA Account Bear Stearns Brokerage IRA account | D | Dividend | M | T | | | | | assets listed below |
| 6. - (IRA) AGL Resources Inc | | | | | buy | 01/11 | J | | see below for sale in same |
| 7. - (IRA) AGL Resources Inc | | | | | sell | 10/24 | J | | |
| 8. - (IRA) Alcoa Inc | | | | | sell | 01/11 | J | | |
| 9. - (IRA) Alltel Corp | | | | | sell | 01/11 | J | B | |
| 10. - (IRA) Altria Group Inc | | | | | | | | | |
| 11. - (IRA) Altria Group Inc | | | | | buy | 04/10 | J | | |
| 12. - (IRA) Apple Inc | | | | | buy | 11/30 | K | | |
| 13. - (IRA) Black Hills Corp | | | | | sell | 01/11 | J | A | |
| 14. - (IRA) Briggs & Stratton Corp | | | | | | | | | |
| 15. - (IRA) Briggs & Stratton Corp | | | | | buy | 01/11 | J | | |
| 16. - (IRA) Briggs & Stratton Corp | | | | | sell | 10/24 | J | | |
| 17. - (IRA) Chevron Corp | | | | | buy | 01/11 | J | | see below for sale in same |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Chevron Corp | | | | | sell | 11/15 | J | B | |
| 19. - (IRA) Cisco Systems | | | | | buy | 11/05 | K | | |
| 20. - (IRA) ConocoPhillips | | | | | buy | 01/11 | J | | see below for sale in same |
| 21. - (IRA) ConocoPhillips | | | | | sell | 11/15 | J | B | |
| 22. - (IRA) Community Bank Systems Inc | | | | | buy | 01/11 | J | | see below for sale in same |
| 23. - (IRA) Community Bank Systems Inc | | | | | buy | 07/12 | J | | |
| 24. - (IRA) Community Bank Systems Inc | | | | | sell | 10/24 | J | | |
| 25. - (IRA) Companhia Vale DoRio Doce ADR | | | | | buy | 11/07 | K | | |
| 26. - (IRA) Datascope Corp | | | | | buy | 01/11 | J | | see below for sale in same |
| 27. - (IRA) Datascope Corp | | | | | sell | 10/24 | J | | |
| 28. - (IRA) Exelon Corp | | | | | sell | 01/11 | J | A | |
| 29. - (IRA) Entergy Corp New | | | | | sell | 01/11 | J | B | |
| 30. - (IRA) Flagstar Bancorp Inc | | | | | buy | 01/11 | J | | see below for sale in same |
| 31. - (IRA) Flagstar Bancorp Inc | | | | | buy | 07/12 | J | | |
| 32. - (IRA) Flagstar Bancorp Inc | | | | | sell | 10/24 | J | | |
| 33. - (IRA) First Niagra Finl Grp | | | | | buy | 01/11 | J | | see below for sale in same |
| 34. - (IRA) First Niagra Finl Grp | | | | | sell | 10/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - (IRA) FPL Group Inc | | | | | sell | 01/11 | J | C | |
| 36.  - (IRA) General Electric | | | | | sell | 01/11 | J | A | |
| 37.  - (IRA) Genuine Parts Co | | | | | sell | 01/11 | J | A | |
| 38.  - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 02/14 | | | dividend pd fractional shs |
| 39.  - (IRA) Fractional Kinder Morgan Mgmt | | | | | spin off | 05/15 | | | no $value until fraction=1 |
| 40.  - (IRA) Fractional Kinder Morgan Mgmt | | | | | spinoff | 08/14 | | | dividend paid in fractional shs |
| 41.  - (IRA) Fractional Kinder Morgan Mgmt | | | | | spinoff | 11/14 | | | dividend paid in fractional shs |
| 42.  - (IRA) Kinder Morgan Mgmt | | | | | | | | | |
| 43.  - (IRA) Kinder Morgan Inc Kans | | | | | cash merger | 05/30 | J | B | |
| 44.  - (IRA) Kimberly Clark Corp | | | | | sell | 01/11 | J | A | |
| 45.  - (IRA) Kraft Foods | | | | | spin off | 04/05 | | | from Altria Group |
| 46.  - (IRA) Kraft Foods | | | | | cash in lieu | 04/05 | J | A | sale of fractional sh |
| 47.  - (IRA) Kraft Foods | | | | | sell | 04/09 | J | A | |
| 48.  - (IRA) La Z Boy Inc | | | | | buy | 01/11 | J | | see below for sale in same |
| 49.  - (IRA) La Z Boy Inc | | | | | sell | 10/24 | J | | |
| 50.  - (IRA) Lee Enterprises | | | | | buy | 06/08 | J | | see below for sale in same |
| 51.  - (IRA) Lee Enterprises | | | | | buy | 07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - (IRA) Lee Enterprises | | | | | sell | 10/24 | J | | |
| 53. - (IRA) Leggett & Platt Inc | | | | | sell | 01/11 | K | | |
| 54. - (IRA) Lubrizol Corp | | | | | sell | 01/11 | J | B | |
| 55. - (IRA) Masco Corp | | | | | buy | 01/11 | J | | see below for sale in same |
| 56. - (IRA) Masco Corp | | | | | sell | 10/24 | J | | |
| 57. - (IRA) Nash Finch Company | | | | | buy | 01/12 | J | | see below for sale in same |
| 58. - (IRA) Nash Finch Company | | | | | part. sell | 07/12 | J | B | |
| 59. - (IRA) Nash Finch Company | | | | | sell | 10/24 | J | B | |
| 60. - (IRA) National Fuel Gas Co | | | | | buy | 01/11 | J | | see below for sale in same |
| 61. - (IRA) National Fuel Gas Co | | | | | sell | 10/24 | J | B | |
| 62. - (IRA) New York Community Bancorp Inc | | | | | | | | | |
| 63. - (IRA) New York Community Bancorp Inc | | | | | buy | 01/11 | J | | |
| 64. - (IRA) New York Community Bancorp Inc | | | | | sell | 10/24 | J | A | |
| 65. - (IRA) Nucor Corp | | | | | buy | 01/11 | J | | |
| 66. - (IRA) Old Republic Internatl Corp | | | | | sell | 01/11 | J | A | |
| 67. - (IRA) Oneok Inc | | | | | buy | 01/11 | J | | see below for sale in same |
| 68. - (IRA) Oneok Inc | | | | | sell | 11/20 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - (IRA) PPL Corporation | | | | | sell | 01/11 | J | C | |
| 70. - (IRA) Paccar Inc. | | | | | buy | 01/11 | J | | see below for sale in same |
| 71. - (IRA) Paccar Inc. | | | | | part. sell | 07/12 | J | A | |
| 72. - (IRA) Paccar Inc. | | | | | stock split | 10/15 | J | | |
| 73. - (IRA) Paccar Inc. | | | | | cash in lieu | 10/17 | J | A | sale of fractional sh |
| 74. - (IRA) Paccar Inc. | | | | | sell | 10/24 | J | B | |
| 75. - (IRA) Pfizer Inc | | | | | buy | 01/11 | J | | see below for sale in same |
| 76. - (IRA) Pfizer Inc | | | | | sell | 10/24 | J | | |
| 77. - (IRA) Pitney Bowes Inc | | | | | sell | 01/11 | J | A | |
| 78. - (IRA) Regions Finl Corp | | | | | buy | 01/11 | J | | see below for sale in same |
| 79. - (IRA) Regions Finl Corp | | | | | sell | 10/24 | J | | |
| 80. - (IRA) Rowan Companies | | | | | buy | 11/07 | K | | |
| 81. - (IRA) Scana Corp | | | | | buy | 01/11 | J | | see below for sale in same |
| 82. - (IRA) Scana Corp | | | | | sell | 10/24 | J | | |
| 83. - (IRA) Smucker J M Company | | | | | sell | 01/11 | J | A | |
| 84. - (IRA) Southwest Gas Corp | | | | | sell | 01/11 | J | C | |
| 85. - (IRA) Suntrust Banks Inc | | | | | sell | 01/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - (IRA) Superior Ind Intl Inc | | | | | buy | 01/11 | J | | see below for sale in same |
| 87. - (IRA) Superior Ind Intl Inc | | | | | sell | 10/24 | J | A | |
| 88. - (IRA) Susquehanna Bancshares Inc-PA | | | | | sell | 01/11 | J | A | |
| 89. - (IRA) Universal Corp-VA | | | | | buy | 01/11 | J | | see below for sale in same |
| 90. - (IRA) Universal Corp-VA | | | | | sell | 10/24 | J | A | |
| 91. - (IRA) Wachovia Corp | | | | | buy | 01/11 | J | | see below for sale in same |
| 92. - (IRA) Wachovia Corp | | | | | sell | 10/24 | J | | |
| 93. - (IRA) Waste Management Inc Del | | | | | sell | 01/11 | J | B | |
| 94. - (IRA) Washington Mutual Inc | | | | | | | | | |
| 95. - (IRA) Washington Mutual Inc | | | | | buy | 01/11 | J | | |
| 96. - (IRA) Washington Mutual Inc | | | | | sell | 10/24 | J | | |
| 97. - (IRA) XL Capital LTD-Cl A | | | | | sell | 01/11 | J | A | |
| 98. - (IRA) YaHoo Inc | | | | | buy | 11/07 | K | | |
| 99. - (IRA) Dreyfus General Money Market Account | | | | | | | | | |
| 100. Bear Stearns Brokerage Account | A | Interest | J | T | | | | | assets listed below |
| 101. - Dreyfus General Money Market Fund (B) | | | | | | | | | |
| 102. TRUST #1 Bear Stearns Brokerage Account | G | div & int | P1 | T | | | | | trust assets listed below |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Dreyfus General Money Market Fund | | | | | | | | | |
| 104. - Charlotte-Mecklenberg Hosp Aut due 1/15/2015 5% | | | | | buy | 08/31 | M | | |
| 105. - Chicago IL Motor Fuel Tax Rev Rfdg | | | | | redeemed | 01/02 | K | | |
| 106. - Clear Lake City Tex Wtr Auth GO Rfdg mun bond | | | | | | | | | |
| 107. - Austin Tex G/O Pub IMPT 8/15/01 5% | | | | | | | | | |
| 108. - Deschutes Cnty Ore Sch Dist | | | | | | | | | |
| 109. - Eagle Garfield & Routt CNTYS colo sch dist | | | | | | | | | |
| 110. - Eagle Garfield & Routt Cntys Colo Sch Dist | | | | | | | | | |
| 111. - FL St Div Bd Fin Dept Rev Genl Svcs Rev Env Protn mun | | | | | redeemed | 07/02 | L | | |
| 112. - Hawaii State GO Rfdg Ser Co 03/01/2008 | | | | | | | | | |
| 113. - Norfolk VA G/O RFDG & Cap Impt dtd 6/15/98 5% | | | | | | | | | |
| 114. - Lewis Cnty Wash Pub Util Dist | | | | | | | | | |
| 115. - Long Island Pwr Auth | | | | | | | | | |
| 116. - Lower Colo River Auth Trans due 5/15/2011 5.25% | | | | | buy | 08/31 | M | | |
| 117. - Puerto Rico Muni Fin Agy Rev Fa Ser 99A BEO mun bond | | | | | redeemed | 08/01 | M | | |
| 118. - Puerto Rico Mun Fin Agy GO Ser A 8/01/2011 | | | | | | | | | |
| 119. - Wayne Charter Cnty Mich Airport Rev Detroit Metro BEO mun | | | | | redeemed | 12/03 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Gulf Breeze Fla Rev Var Loc GO 12/01/85 4% | | | | | | | | | |
| 121. - Atlas Pipeline Partners | | | | | | | | | |
| 122. - Accenture Ltd Cl A | | | | | | | | | |
| 123. - AES Corp | | | | | | | | | |
| 124. - Amgen Inc | | | | | sell | 05/16 | K | | |
| 125. - Boardwalk Pipeline Partners LP | | | | | buy | 07/02 | K | | |
| 126. - Caremark RX Inc | | | | | merger | 03/27 | | | into CVS caremark |
| 127. - CVS Caremark Corporation | | | | | merger | 03/27 | | | from Caremark RS |
| 128. - CVS Caremark Corporation | | | | | cash in lieu | 03/27 | J | A | sale of fractional share |
| 129. - Central Garden & Pet Co | | | | | sell | 01/31 | K | | |
| 130. - Cisco Systems Inc | | | | | buy | 11/05 | K | | |
| 131. - Citigroup Inc cmn | | | | | sell | 11/14 | K | | |
| 132. - Colgate Palmolive Co | | | | | | | | | |
| 133. - Companhia Vale Do Rio Doce ADR | | | | | buy | 11/14 | K | | |
| 134. - Discover Financial Serv | | | | | spinoff | 07/06 | | | from Morgan Stanley |
| 135. - Discover Financial Serv | | | | | cash in lieu | 07/06 | J | A | sale of fractional share |
| 136. - Discover Financial Serv | | | | | sell | 08/07 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Energy Transfer Partners LP | | | | | | | | | |
| 138. - Enterprise Products Partners LP | | | | | | | | | |
| 139. - Exxon Mobil | | | | | | | | | |
| 140. - Fortune Brands Inc | | | | | sell | 01/26 | K | B | |
| 141. - G2 Absolute Return Fund | | | | | sell | 12/31 | J | A | |
| 142. - General Dynamics Corp | | | | | buy | 07/24 | K | | |
| 143. - Holly Energy Partners LP | | | | | sell | 01/24 | K | A | |
| 144. - Honeywell Intl Inc | | | | | | | | | |
| 145. - Inergy LP | | | | | buy | 07/23 | K | | |
| 146. - Ishares Trust S&P Midcap 400 Index Fd IJH | | | | | | | | | |
| 147. - Ishares Trust MSCI EAFE Index Fd EFA | | | | | | | | | |
| 148. - Ishares Trust MSCI EAFE Index Fd EFA | | | | | buy | 08/16 | L | | |
| 149. - Ishares Trust MSCI EAFE Index Fd EFA | | | | | buy | 08/28 | K | | |
| 150. - Ishares MSCI Pacific Ex-Japan Index fd EPP | | | | | | | | | |
| 151. - Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | | | | | |
| 152. - Ishares Inc MSCI Japan Index Fund symbol EWJ | | | | | sell | 08/16 | L | E | |
| 153. - Ishares Trust Div Index Fund symbol DVY | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - JPMorgan Chase & Co | | | | | buy | 11/14 | K | | |
| 155.  - K-Sea Transportation Partners LP | | | | | | | | | |
| 156.  - Kinder Morgan Energy Partners | | | | | | | | | |
| 157.  - Lowes Companies | | | | | buy | 04/6 | K | | see below for sale in same |
| 158.  - Lowes Companies | | | | | sell | 11/14 | K | | |
| 159.  - Magellan Midstream Partners | | | | | sell | 07/02 | K | D | |
| 160.  - MetLife Inc. | | | | | | | | | |
| 161.  - Microsoft Corp cmn | | | | | sell | 10/05 | K | B | |
| 162.  - Morgan Stanley | | | | | | | | | |
| 163.  - Markwest Energy Partners LP | | | | | buy | 01/22 | K | | |
| 164.  - Markwest Energy Partners LP | | | | | stock split | 03/06 | | | |
| 165.  - Markwest Energy Partners LP | | | | | sell | 04/09 | K | C | |
| 166.  - Markwest Energy Partners LP | | | | | buy | 07/02 | K | | |
| 167.  - Nasdaq Stock Market Inc symbol NDAQ | | | | | | | | | |
| 168.  - News Corporation | | | | | | | | | |
| 169.  - Nucor Corp | | | | | buy | 08/29 | K | | |
| 170.  - Oneok Partners LP fka Northern Border Parnters | | | | | sell | 07/02 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Plains All American Pipeline LTD Partnership | | | | | | | | | |
| 172. - Regency Energy Partners LP | | | | | | | | | |
| 173. - Research in Motion LTD | | | | | buy | 11/14 | K | | |
| 174. - Sector SPDR Trust int Energy symbol XLE | | | | | | | | | |
| 175. - Select Sector SPDR Fund Int Materials symbol XLB | | | | | sell | 06/11 | K | D | |
| 176. - Symantec Corporation | | | | | sell | 02/01 | K | C | |
| 177. - Target Corp | | | | | | | | | |
| 178. - Thermo Fisher Scientific Inc | | | | | buy | 11/14 | K | | |
| 179. - Titanium Metals Corp | | | | | buy | 07/24 | K | | see below for sale in same |
| 180. - Titanium Metals Corp | | | | | sell | 08/29 | J | | |
| 181. - UnitedHealth Group Inc | | | | | buy | 02/01 | K | | |
| 182. - United Technologies Corp | | | | | | | | | |
| 183. - Western Asset 2008 Worldwide fka Salomon 2008 | | | | | | | | | |
| 184. - Weatherford Intl Ltd-Bermuda | | | | | | | | | |
| 185. - Yahoo Inc | | | | | | | | | |
| 186. - Yahoo Inc | | | | | buy | 07/31 | K | | |
| 187. TRUST #2 Bear Sterns Brokerage Account | D | Int./Div. | N | T | | | | | assets detailed below |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Dreyfus General Money Market Fund B | | | | | | | | | |
| 189.  -Accenture Ltd Cl A | | | | | | | | | |
| 190.  -AES Corporation | | | | | | | | | |
| 191.  -Amgen Inc | | | | | sell | 05/16 | J | | |
| 192.  -Caremark RX Inc | | | | | exhange | 03/27 | | | see CVS Caremark |
| 193.  -CVS Caremark Corporation | | | | | name changed | 03/27 | | | fka Caremark RX |
| 194.  -CVS Caremark Corporation | | | | | cash in lieu | 03/27 | J | A | sale of fractional share |
| 195.  -Central Garden & Pet Co | | | | | sell | 01/31 | J | | |
| 196.  -Cisco Systems | | | | | buy | 11/05 | J | | |
| 197.  -Citigroup Inc | | | | | sell | 11/14 | J | | |
| 198.  -Colgate Palmolive Co | | | | | | | | | |
| 199.  -Companhia Vale Do Rio Doce ADR | | | | | buy | 11/14 | J | | |
| 200.  -Discover Financial Services | | | | | spin off | 07/26 | J | | from Morgan Stanley |
| 201.  -Discover Financial Services | | | | | cash in lieu | 07/26 | J | A | sale of fractional share |
| 202.  -Discover Financial Services | | | | | sell | 08/07 | J | A | |
| 203.  -Exxon Mobil Corp | | | | | | | | | |
| 204.  -Fortune Brands Inc | | | | | sell | 01/31 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -General Dynamics Corp | | | | | buy | 07/31 | J | | |
| 206. -Honeywell Intl Inc | | | | | | | | | |
| 207. -Ishares Trust Midcap 400 Index Fund symbol IJH | | | | | | | | | |
| 208. -Ishares Trust S&P 500 Val Index symbol IVE | | | | | buy | 02/26 | L | | see below for sale in same |
| 209. -Ishares Trust S&P 500 Val Index symbol IVE | | | | | sell | 12/05 | L | | |
| 210. -Ishares Trust MSCI EAFE Index Fund symbol EFA | | | | | | | | | |
| 211. -Ishares Trust MSCI EAFE Index Fund symbol EFA | | | | | buy | 08/16 | J | | |
| 212. -Ishares MSCI Emerging Markets Index Fund EEM | | | | | | | | | |
| 213. -Ishares Tr Sel Div Index Fund symbol DVY | | | | | | | | | |
| 214. -Ishares Tr Sel Div Index Fund symbol DVY | | | | | buy | 12/05 | L | | |
| 215. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | sell | 08/16 | J | C | |
| 216. -Ishares MSCI Pacific ex-Japan Index Fd symbol EPP | | | | | | | | | |
| 217. -JPMorgan Chase & Co | | | | | buy | 11/14 | J | | |
| 218. -Kinder Morgan Energy Partners LTD partnership | | | | | | | | | |
| 219. -Lowes Companies Inc | | | | | buy | 04/16 | J | | see below for sale in same |
| 220. -Lowes Companies Inc | | | | | sell | 11/14 | J | | |
| 221. -Metlife | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Microsoft Corp | | | | | sell | 10/05 | J | A | |
| 223. -Morgan Stanley | | | | | | | | | |
| 224. -Nasdaq Stock Market Inc symbol NDAQ | | | | | | | | | |
| 225. -News Corporation | | | | | | | | | |
| 226. -Nucor Corp | | | | | buy | 08/29 | J | | |
| 227. -Research in Motion LTD | | | | | buy | 11/14 | J | | |
| 228. -Sector SPDR Trust Energy symbol XLE | | | | | | | | | |
| 229. -Select Sector SPDR Materials symbol XLB | | | | | sell | 06/11 | J | B | |
| 230. -Symantec Corporation | | | | | sell | 02/01 | J | A | |
| 231. -Target Corp | | | | | | | | | |
| 232. -Thermo Fisher Scientific Inc | | | | | buy | 11/14 | J | | |
| 233. -Titanium Metals Corporation | | | | | buy | 07/24 | J | | see below for sale in same |
| 234. -Titanium Metals Corporation | | | | | sell | 08/29 | J | | |
| 235. -UnitedHealth Group Inc | | | | | buy | 02/01 | J | | |
| 236. -United Technologies Corp | | | | | | | | | |
| 237. -Weatherford International Ltd Bermuda | | | | | | | | | |
| 238. -Yahoo Inc | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Yahoo Inc | | | | | buy | 07/31 | J | | |
| 240. TRUST #3 Bear Sterns Securities Corp | D | Int./Div. | N | T | | | | | assets detailed below |
| 241. -Dreyfus General Money Market Fund Cl B | | | | | | | | | |
| 242. -Accenture Ltd Cl A | | | | | | | | | |
| 243. -AES Corporation | | | | | | | | | |
| 244. -Amgen Inc | | | | | sell | 05/16 | J | | |
| 245. -Caremark RX Inc | | | | | exchange | 03/27 | K | | see CVS Caremark |
| 246. -CVS Caremark Corporation | | | | | name change | 03/27 | | | fka Caremark RX |
| 247. -CVS Caremark Corporation | | | | | cash in lieu | 03/27 | J | A | sale of fractional share |
| 248. -Central Garden & Pet Co | | | | | sell | 01/31 | J | | |
| 249. -Cisco Systems | | | | | buy | 11/05 | J | | |
| 250. -Citigroup Inc | | | | | sell | 11/14 | J | | |
| 251. -Colgate Palmolive | | | | | | | | | |
| 252. -Companhia Vale Do Rio Doce ADR | | | | | buy | 11/14 | J | | |
| 253. -Discover Financial Services | | | | | spin off | 07/06 | J | | from Morgan Stanley |
| 254. -Discover Financial Services | | | | | cash in lieu | 07/06 | J | A | sale of fractional share |
| 255. -Discover Financial Services | | | | | sell | 08/07 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Exxon Mobil Corp | | | | | | | | | |
| 257. -Fortune Brands Inc | | | | | sell | 01/31 | J | A | |
| 258. -General Dynamics Corp | | | | | buy | 07/24 | J | | |
| 259. -Honeywell Intl Inc | | | | | | | | | |
| 260. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | sell | 08/16 | J | C | |
| 261. -Ishares Trust S&P 500 Val Index fd symbol IVE | | | | | buy | 02/26 | L | | see below for sale in same |
| 262. -Ishares Trust S&P 500 Val Index fd symbol IVE | | | | | sell | 12/05 | L | | |
| 263. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | | | | | |
| 264. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | buy | 08/16 | J | | |
| 265. -Ishares Trust Midcap 400 Index Fd symbol IJH | | | | | | | | | |
| 266. -Ishares Inc MSCI Pacific ex-Japan Index Fd symbol EPP | | | | | | | | | |
| 267. -Ishares Trust MSCI Emerging Markets EEM | | | | | | | | | |
| 268. -Ishares Tr Sel Div Index Fd symbol DVY | | | | | | | | | |
| 269. -Ishares Tr Sel Div Index Fd symbol DVY | | | | | buy | 12/05 | L | | |
| 270. -JPMorgan Chase & Co | | | | | buy | 11/14 | J | | |
| 271. -Kinder Morgan Energy Partners LTD Partnership | | | | | | | | | |
| 272. -Lowes Companies Inc | | | | | buy | 04/16 | J | | see below for sale in same |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,000 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273.   -Lowes Companies Inc | | | | | sell | 11/14 | J | | |
| 274.   -Metlife Inc | | | | | | | | | |
| 275.   -Microsoft Corp | | | | | sell | 10/05 | J | A | |
| 276.   -Morgan Stanley | | | | | | | | | |
| 277.   -Nasdaq Stock Market Inc symbol NDAQ | | | | | | | | | |
| 278.   -News Corporation | | | | | | | | | |
| 279.   -Nucor Corp | | | | | buy | 08/29 | J | | |
| 280.   -Research In Motion Ltd | | | | | buy | 11/14 | J | | |
| 281.   -Select SPDR Trust Energy symbol XLE | | | | | | | | | |
| 282.   -Select Sector SPDR Fund Materials symbol XLB | | | | | sell | 06/11 | J | B | |
| 283.   -Symantec Corporation | | | | | sell | 02/01 | J | A | |
| 284.   -Target Corp | | | | | | | | | |
| 285.   -Thermo Fisher Scientific Inc | | | | | buy | 11/14 | J | | |
| 286.   -Titanium Metals Corp | | | | | buy | 07/24 | J | | see below for sale in same |
| 287.   -Titanium Metals Corp | | | | | sell | 08/29 | J | | |
| 288.   -UnitedHealth Group | | | | | buy | 02/01 | J | | |
| 289.   -United Technologies Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Weatherford International Ltd Bermuda | | | | | | | | | |
| 291. -Yahoo Inc | | | | | | | | | |
| 292. -Yahoo Inc | | | | | buy | 07/31 | J | | |
| 293. TRUST #4 Bear Sterns Brokerage Account | B | Dividend | M | T | | | | | assets detailed below |
| 294. -Dreyfus General Money Market Fund B | | | | | | | | | |
| 295. -Ishares Inc MSCI Japan Index Fd symbol EWJ | | | | | sell | 08/16 | J | A | |
| 296. -Ishares Trust S&P Midcap 400 Barra Value index IJJ | | | | | | | | | |
| 297. -Ishares Trust US Telecomm Sector Index FD IYZ | | | | | | | | | |
| 298. -Ishares Trust S&P 500 Index symbol IVE | | | | | | | | | |
| 299. -Ishares Trust S&P 500 Index symbol IVE | | | | | buy | 02/26 | J | | |
| 300. -Ishares Trust S&P 500 Index symbol IVE | | | | | sell | 12/05 | K | B | |
| 301. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | | | | | |
| 302. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | buy | 02/26 | J | | |
| 303. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | buy | 08/16 | J | | |
| 304. -Ishares Inc MSCI Ex Japan Index Fd EPP | | | | | | | | | |
| 305. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 306. -Ishares Tr Sel Div Index Fd-DVY | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Ishares Tr Sel Div Index Fd-DVY | | | | | buy | 02/26 | J | | |
| 308. -Ishares Tr Sel Div Index Fd-DVY | | | | | buy | 12/05 | K. | | |
| 309. -Select Sector SPDR Amex Utilities Index symbol XLU | | | | | | | | | |
| 310. -Sector SPDR Trust-Industrial-symbol XLI | | | | | | | | | |
| 311. -Sector SPDR Trust-Technology-XLK | | | | | | | | | |
| 312. -Sector SPDR Trust-Energy-symbol XLF | | | | | | | | | |
| 313. -Sector SPDR Trust-Energy-XLE | | | | | | | | | |
| 314. -Select Sector SPDR Fund-Consumer symb XLY | | | | | | | | | |
| 315. -Select Sector SPDR Fund - Health Care - XLV | | | | | | | | | |
| 316. -Sector SPDR Trust-Consumer Staples-XLP fka Select Spdr Trst | | | | | | | | | |
| 317. -Select Sector SPDR Fd Int Materials XLB | | | | | | | | | |
| 318. TRUST #5 Bear Stearns Brokerage Account | B | Dividend | M | T | | | | | Assets detailed below. |
| 319. -Dreyfus General Money Market Account | | | | | | | | | |
| 320. -Ishares Inc MSCi Japan Index fd EWJ | | | | | sell | 08/16 | J | A | |
| 321. -Ishares Trust S&P Midcap 400 Barra Value IJJ | | | | | | | | | |
| 322. -Ishares Trust Dow Jones US Telecomm Sector IYZ | | | | | | | | | |
| 323. -Ishares Trust S&P 500 Value Index Symbol IVE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -Ishares Trust S&P 500 Value Index Symbol IVE | | | | | buy | 02/26 | J | | |
| 325. -Ishares Trust S&P 500 Value Index Symbol IVE | | | | | sell | 12/05 | J | A | |
| 326. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | | | | | |
| 327. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | buy | 02/26 | J | | |
| 328. -Ishares Trust MSCI EAFE Index Fd symbol EFA | | | | | buy | 08/16 | J | | |
| 329. -Ishares Inc MSCI Pacific Ex-Japan Index EPP | | | | | | | | | |
| 330. -Ishares Trustr MSCI Emerging Markets Index fd EEM | | | | | | | | | |
| 331. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | | | | | |
| 332. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | buy | 02/26 | J | | |
| 333. -Ishares Tr Dow Jones Sel Div Index Fd DVY | | | | | buy | 12/05 | J | | |
| 334. -Select Sector SPDR Amex Utilities XLU | | | | | | | | | |
| 335. -Sector SPDR Trust Shs ben int Industrial XLI | | | | | | | | | |
| 336. -Sector SPDR Trust Shs ben int Technology XLK | | | | | | | | | |
| 337. -Sector SPDR Trust shs ben int Financial XLF | | | | | | | | | |
| 338. -Sector SPDR Trust shs ben int Energy symbol XLE | | | | | | | | | |
| 339. -Select Sector SPDR Fund Consumer symbol XLY | | | | | | | | | |
| 340. -Select Sector SPDR Fund Health Care symbol XLV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Sector SPDR Trust Consumer Staples XLP | | | | | | | | | |
| 342. -Select Sector SPDR fd Int Materials XLB | | | | | sell | 06/11 | J | A | |
| 343. TRUST #6 Bear Stearns Brokerage Account | A | Dividend | K | T | | | | | |
| 344. -Dreyfus General Money Market Account | | | | | | | | | |
| 345. -Ishares MSCI Japan Index symbol EWJ | | | | | buy | 02/26 | J | | see below for sale in same |
| 346. -Ishares MSCI Japan Index symbol EWJ | | | | | sell | 08/16 | J | | |
| 347. -Ishares S&P Midcap 400 Value symbol IJJ | | | | | buy | 02/26 | J | | |
| 348. -Ishares S&P 500 Value Index Fd symbol IVE | | | | | buy | 02/26 | J | | see below for sale in same |
| 349. -Ishares S&P 500 Value Index Fd symbol IVE | | | | | sell | 12/05 | J | | |
| 350. -Ishares MCSCI Eafe Index Fd symbol EFA | | | | | buy | 08/16 | J | | |
| 351. -Ishares MSCI Emerging Markets Index sym EEM | | | | | buy | 02/26 | J | | |
| 352. -Ishares Dow Sel Index Fd symbol DVY | | | | | buy | 02/26 | J | | |
| 353. -Ishares Dow Sel Index Fd symbol DVY | | | | | buy | 12/05 | J | | |
| 354. -IsharesMSCI EAFE VAlue Index symbol EVF | | | | | buy | 02/26 | J | | see below for sale in same |
| 355. -IsharesMSCI EAFE VAlue Index symbol EVF | | | | | sell | 11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R | 04/23/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Lines 45-47 Kraft Foods common stock was a spin off from Altria Group. Cash was paid for fractional shares and then Kraft Foods Common Stock was sold.

Lines 134-136, 200-202, 253-255, Discover Financial Services was a spin off from Morgan Stanley Corp. Cash was paid for fractional shares and then Discover Financial Services stock was sold.

Lines 38-41 fractional shares of Kinder Morgan Mgmt: Instead of paying cash dividends, Kinder Morgan issued fractional shares of stock. The fractional shares have no monetary value and no market until they accumulate to equal a full share.

Lines 99, 101, 103, 188, 241, 294 , 319, and 344, Dreyfus General Money Market Fund was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments. Consequently, money moved in and out of these funds with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

All trust assets are accounted for herein. According to your instructions, the aggreagate income and values were reported. Identification of the trusts was omitted for security purposes, but will be provided if requested. Naturally the records of each individual trust are available for the committee's inspection upon request.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herndon, David R | 04/23/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544